**FILED**

**UNITED STATES DISTRICT COURT**  
**FOR THE DISTRICT OF COLUMBIA**

AUG - 5 2008

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| ABRAHAM SERRANO OSORIO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 08 1347 |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject matter jurisdiction. This is a final appealable Order.

_____  
United States District Judge